UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL LAWRENCE OWENS; et al.,<br><br>Defendants. | No. 2:20-cv-00874-MCE-EFB<br><br><br><br>**RELATED CASE ORDER** |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL LAWRENCE OWENS; et al.,<br><br>Defendants. | No. 2:20-cv-00932-MCE-KJN |

The Court received the Notice of Related Cases filed August 3, 2020. Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

1 | Accordingly, the assignment of the matters to the same judge is likely to effect a
2 | substantial savings of judicial effort and is also likely to be convenient for the parties.
3 |     The parties should be aware that relating the cases under Local Rule 123 merely
4 | has the result that both actions are assigned to the same judge; no consolidation of the
5 | action is effected.  Under the regular practice of this Court, related cases are generally
6 | assigned to the district judge and magistrate judge to whom the first filed action was
7 | assigned.
8 |     Because the cases are already assigned to the same district judge, this Order is
9 | issued to reassign the case from Magistrate Judge Kendall J. Newman to Magistrate
10 | Judge Edmund F. Brennan for all further proceedings.
11 |     IT IS THEREFORE ORDERED that the action denominated No. 2:20-cv-00932-
12 | MCE-KJN, Innovative Sports Management, Inc., etc. v. Gabriel Lawrence Owens, et al.
13 | is reassigned from Magistrate Judge Kendall Newman to Magistrate Judge Brennan.
14 | Henceforth, the caption on documents filed in the reassigned case shall be shown as
15 | No. 2:20-cv-00932-MCE-EFB.
16 |     IT IS SO ORDERED.
17 |     Dated:  August 7, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE