1 | Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| G & G Closed Circuit Events, LLC, | Case No. 2:20-cv-00874-MCE-JDP |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS GABRIEL LAWRENCE OWENS, KYLE ADAM, ERIC ARRIETA, ROBERT BAKER, TONY BAKER, DAVID OSBORN, ADAM OWENS, THEO TZIKAS, SHEADON WOOD, TYLER WYNNE AND COSTANZA'S LLC |
| vs. | |
| Gabriel Lawrence Owens, et al, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants GABRIEL LAWRENCE OWENS, KYLE ADAM, ERIC ARRIETA, ROBERT BAKER, TONY BAKER, DAVID OSBORN, ADAM OWENS, THEO TZIKAS, SHEADON WOOD, TYLER WYNNE AND COSTANZA'S LLC, that the above-entitled action is hereby **DISMISSED with prejudice** against GABRIEL LAWRENCE OWENS, KYLE ADAM, ERIC ARRIETA, ROBERT BAKER, TONY BAKER, DAVID OSBORN, ADAM OWENS, THEO TZIKAS, SHEADON WOOD, TYLER WYNNE AND COSTANZA'S LLC.

///

///

///

///

///

ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 2:20-cv-00874-MCE-JDP
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: September 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE